**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AYDIN KAYA, et al.,

                      Plaintiff,

      -against-                                23 **CIVIL** 1587 (VSB)

                                                       **<u>JUDGMENT</u>**

UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 8, 2025, Defendants' motion to dismiss Plaintiffs' complaint is GRANTED. Plaintiffs' motion for leave to file an amended complaint is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      April 9, 2025

                                                             **TAMMI M HELLWIG**
                                                              **Clerk of Court**

                                 **BY:**

                                                                **Deputy Clerk**